UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRASANNA GOONEWARDENA

             Plaintiff,

-against-

CITY OF NEW YORK, et al.,

             Defendants.

24-cv-05554 (MMG) (RFT)
**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated October 11, 2024, Judge Margaret M. Garnett referred this case to me for general pretrial purposes. (*See* ECF 15).

A telephonic conference is scheduled for **Friday, October 18, 2024 at 11:00 am.** The parties should be prepared to discuss the status of the case. Plaintiff and counsel for Defendant City of New York are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 491 998 067#.

DATED: October 15, 2024
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge