UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRASANNA GOONEWARDENA,

           Plaintiff,

-against-

CITY OF NEW YORK, et al.,

           Defendants.

24-CV-05554 (MMG)(RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 8, 2024, Plaintiff submitted a motion to amend the complaint and a request for an extension of time to serve all defendants. (*See* ECF 14.) A telephonic status conference was held on October 18, 2024.

Accordingly, by October 21, 2024 Counsel for Defendants shall consult with her supervisor and file a letter on the docket indicating whether she can accept service for any Defendant whom the City determines it will represent in this matter.

By October 30, 2024, Plaintiff shall file his proposed third amended complaint. By November 15, 2024, Defendants shall file their anticipated opposition to Plaintiff's motion to amend. By November 26, 2024, Plaintiff shall file his reply in further support of his motion to amend. For any Defendant who has been served, the time to respond to the operative complaint shall by 14 days after either a decision granting the motion to amend, in which case the operative complaint will be the third amended complaint or after a denial of the motion to amend, in which case the operative complaint will be the second amended complaint.

Plaintiff is reminded that any documents he wishes to file on the docket must be attached to an email in PDF format, no larger than 15 megabytes and sent to ProSe@nysd.uscourts.gov. If Plaintiff has any questions, he is directed to contact the Pro Se

Intake Unit, 212-805-0175, during business hours, 8:30 a.m.-5:00 p.m., Monday-Friday (except federal holidays).

DATED: October 18, 2024
       New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge