UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRASANNA GOONEWARDENA,

                    Plaintiff,

          -against-

CITY OF NEW YORK, et al.,

                    Defendants.

24-CV-5554 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In June 2025, I granted Plaintiff's motion to amend the SAC and said the previously filed TAC (ECF 20) was the operative complaint. (ECF 27.) Defendants moved to dismiss in August 2025 (ECF 53), and on September 3, 2025, Plaintiff filed a fourth amended complaint ("FAC") (ECF 56), which he stated was in accordance with Judge Garnett's individual rules and practices (ECF 57). By **September 12, 2025**, counsel for Defendants shall file a letter on the docket indicating whether they will waive service on the newly added Defendant Department of Social Services/Human Resources Administration. By **September 19, 2025**, Defendants shall either: (1) answer the FAC, (2) move to dismiss the FAC, (3) file a supplemental brief in support of their motion to dismiss the TAC, or (4) file a letter on the docket stating that they stand on their brief in support of their motion to dismiss the TAC. Plaintiff shall not be permitted to file any further amended complaints without leave of Court.

DATED:  September 5, 2025
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge