UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRASANNA GOONEWARDENA,

                  Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                  Defendants.

24-CV-5554 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's apology is appreciated but unnecessary. And, as I indicated at our prior telephonic conference, I will in the future attempt to schedule in-person rather than remote conferences in this matter.

DATED:  November 25, 2025
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge