UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRASANNA GOONEWARDENA,

                         Plaintiff,

          -against-

CITY OF NEW YORK, et al.,

                      Defendants.

---

24-CV-5554 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 2, 2025, Plaintiff wrote a letter requesting for an in-person conference. A status conference is scheduled for **Monday, December 15, 2025** at **10:30 AM** in Courtroom 9B at 500 Pearl Street, New York, NY. The parties should be prepared to discuss the status of the case.

DATED:  December 4, 2025
        New York, NY

                            SO ORDERED.

                            **ROBYN F. TARNOFSKY**
                            United States Magistrate Judge