UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRASANNA GOONEWARDENA,

                    Plaintiff,

          -against-

CITY OF NEW YORK, et al.,

                    Defendants.

24-CV-5554 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference on December 15, 2025:

Plaintiff shall have until **January 15, 2026** to file his Fifth Amended Complaint, alleging claims within the scope set out in his letter dated December 2, 2025 (ECF 68). Plaintiff may not file any further amended complaints in this case to address new factual developments in his employment status.

Plaintiff contemplates adding two additional defendants in his Fifth Amended Complaint. Corporation Counsel shall file a letter on the docket by **December 22, 2025** stating whether they will accept service on those two new Defendants.

The motion to dismiss the Fourth Amended Complaint (ECF 63) is deemed withdrawn.

Defendants who have been served shall have until **March 2, 2026** to respond to the Fifth Amended Complaint. If they file a motion to dismiss, Plaintiff shall have until **May 1, 2026** to oppose and Defendants shall have until **June 16, 2026** to file their reply. If Defendants decline to accept service on the two new Defendants, I will set a separate schedule for their response to the Fifth Amended Complaint once they have been served.

This action is scheduled for an in-person Initial Case Management Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on **May 18, 2026 at 10:30 AM** in Courtroom 9B at 500 Pearl Street, New York, NY.

The parties are directed to consult my Individual Rules of Practice, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

Rule 26(f) Conference. The parties are directed to confer at least 21 days before the Initial Case Management Conference to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties shall comply with their Rule 26(a) initial disclosure obligations no later than 14 days after the parties' Rule 26(f) conference. The parties will be required to discuss at the Rule 26(f) conference the subjects set forth in Rules 16(b) and 16(c) of the Federal Rules of Civil Procedure. A list of the Rule 26(f) discussion topics is available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

Proposed Scheduling Order. The parties are directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and to file it on the docket by **May 11, 2026**. In the event that the parties disagree about the dates or other terms of the proposed scheduling order, they shall file on the docket a joint letter briefly explaining the dispute(s) and competing proposal(s) by **May 11, 2026**.

If the parties agree on a schedule that calls for the close of all discovery within 6 months and have no issues to raise with the Court, the parties may, if they wish, request in their Proposed Civil Case Management Plan and Scheduling Order that the Initial Case Management Conference be canceled. I will ordinarily grant such requests.

2

Any motion to stay discovery shall be filed by **March 9, 2026**, and the opposition if any shall be filed by **May 8, 2026.**

Plaintiff indicated an interest in initiating settlement discussions. He agreed to serve a written demand on Defendants (not to be filed on the docket) by **December 22, 2025.** If he does so, Defendants shall file a letter on the docket by **January 9, 2026** indicating whether they believe a settlement conference would be productive. A settlement conference is scheduled for **January 14, 2026** by a separate order. If Defendants believe a settlement conference will not be productive in January, they shall file a letter on the docket by **January 9, 2026** to adjourn the conference.

Plaintiff's oral application for a protective order is denied without prejudice to refiling as a letter motion with appropriate factual support.

The Clerk of Court is respectfully requested to terminate ECF 63.

DATED:  December 16, 2025
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge