UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRASANNA GOONEWARDENA,

                  Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                  Defendants.

---

24-CV-5554 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference is scheduled for **Wednesday, January 14, 2026 at 2:00 PM** in Courtroom 9B at 500 Pearl Street, New York, NY.

Pro se Plaintiff and counsel for Defendant are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice and must be received no later than **January 12, 2026, at 3:00 PM**. The pre-conference submissions can be emailed to chambers at TarnofskyNYSDChambers@nysd.uscourts.gov. Pro se Plaintiff was notified during the status conference on December 15, 2025 to only include Chambers in his email when submitting his settlement submissions.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED: December 16, 2025
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge