UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRASANNA GOONEWARDENA,

                Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                Defendants.

24-CV-5554 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion for miscellaneous emergency relief. (ECF 79.) Plaintiff's request for additional time to file his fifth amended complaint is GRANTED, and the deadline is extended until **January 22, 2026**; served Defendants' time to respond to the operative complaint is extended until **March 9, 2026**; Plaintiff's time to oppose the anticipated motion to dismiss is extended until **May 8, 2026**; and served Defendants' time to file a reply in further support of the anticipated motion is extended until **June 23, 2026**. Plaintiff's request for discovery in advance of the scheduled initial pretrial conference is DENIED; in drafting the fifth amended complaint, Plaintiff may rely on his recollection of events and does not need to provide any proof at this stage of the case. The Court does not participate in ex parte conversations with parties or non-parties, other than in connection with settlement, and any attempts to make ex parte contact with the Court will be reported on the docket. As to Plaintiff's concern about statements by opposing counsel that he considers false, it is the nature of litigation that parties have differing interests and viewpoints; as I explained to Plaintiff at the prior conference, it is not the Court's role to tell a party what it may or may not say. If Plaintiff

disagrees with a statement made by opposing counsel, he may challenge the statement at the appropriate time. The Clerk of Court is respectfully requested to terminate ECF 79.

Dated: January 9, 2026
New York, NY

SO ORDERED,

**ROBYN F. TANOFSKY**
**United States Magistrate Judge**