UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRASANNA GOONEWARDENA,

                Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

             Defendants.

24-CV-5554 (MMG) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

An ex parte settlement conference with pro se plaintiff is scheduled for **Tuesday, January 20, 2026  at 11:30 AM** in Courtroom 9B at 500 Pearl Street, New York, NY.

DATED:  January 16, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge