UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Prasanna Goonewardena,<br><br>                Plaintiff,<br><br>    -against-<br>City of New York,<br><br>                Defendant. | 24-CV-05554 (MMG) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference is scheduled for **Thursday, February 19, 2026 at 11:00 AM** in Courtroom 9B at 500 Pearl Street, New York, NY.

Pro se Plaintiff and counsel for Defendant are instructed to complete the Ex Parte Settlement Conference Summary Report in accordance with my Individual Rules of Practice and must be received no later than **February 12, 2026.** The pre-conference submission can be emailed to chambers at TarnofskyNYSDChambers@nysd.uscourts.gov. Pro se Plaintiff is reminded to only include Chambers in his email when submitting his settlement submission.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  January 20, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge