UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRASANNA GOONEWARDENA,

                    Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                    Defendants.

24-CV-5554 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 19, 2026, pro se Plaintiff Prasanna Goonewardena filed his Fifth Amended Complaint (the "FAC"), which was entered on the docket on January 21, 2026. (ECF 85, FAC.) The FAC adds Molly Park and Allison Gill-Lambert as defendants, neither of whom have been served. On December 22, 2025, Corporation Counsel informed the Court that it would accept service on behalf of Defendant Park but not for Defendant Lambert. (ECF 77, Letter.)

The Clerk of Court is respectfully requested to issue a summons as to Allison Gill-Lambert. Plaintiff is ORDERED to serve Defendant Lambert with a copy of the summons and the FAC and to fille proof of such service by **February 20, 2026**. Defendant Lambert shall respond to the FAC by **March 20, 2025**.

Dated: January 21, 2026
       New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**