UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRASANNA GOONEWARDENA,<br><br>                    Plaintiff,<br><br>        -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                    Defendants. | 24-CV-5554 (MMG) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's time to serve Defendant Gill-Lambert is extended until **March 20, 2026**; her time to respond to the operative complaint is extended until **April 20, 2026**. If Plaintiff has questions about how to effect service on Defendant Gill-Lambert, he should call the independent Legal Assistance Clinic at (212) 382-4794. The Clinic may be able to provide a pro se party with advice in connection with his or her case. The Legal Assistance Clinic is run by a private organization called the City Bar Justice Center. The Clinic is not part of or run by the Court, and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007).

If Plaintiff would like legal assistance, he should complete the City Bar Justice Center's intake form (available at https://www.nysd.uscourts.gov/attorney/legal-assistance) to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (212-382-4794) or

email (fedprosdny@nycbar.org). In-person appointments at the Thurgood Marshall Courthouse

in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m.

Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.


DATED:  February 18, 2026                                SO ORDERED.
              New York, NY


_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

2