UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2026

PRASANNA GOONEWARDENA,

                    Plaintiff(s),

            -against-

CITY OF NEW YORK,

                    Defendant(s).

24-CV-05554 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Pursuant to the settlement between the parties, Defendant's counsel is hereby ORDERED, by no later than April 16, 2026, to email the video footage sought by Plaintiff, and as described in the affidavits of Joseph Sitro and Samantha Arena, Dkt. Nos. 108–109, to the email address provided by Plaintiff in his letter dated April 5, 2026, Dkt. No. 111: prasagoon2@gmail.com. It is further ORDERED that counsel arrange for the same video to be placed on a USB drive and, in the same email to Plaintiff, inform Plaintiff where and when that USB drive can be picked up by him in exchange for a payment of $7.

Dated:  April 10, 2026
        New York, New York

                                        SO ORDERED.

                                        _____
                                        MARGARET M. GARNETT
                                        United States District Judge